2016-1000 (La. 9/16/16)

**GULF COAST BANK & TRUST COMPANY, INC.**

v.

**Gilles, J. CASSE, et al.**
**Damon J. Baldone**

v.

**Gulf Coast Bank and Trust**

**NO. 2016-C-1000**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. L, No. 2010-1908; to the Court of Appeal, Fourth Circuit, No. 2015-CA-0657 C/W 2015-CA-0658

Denied.

2016-1016 (La. 9/16/16)

**Russell MARICLE and Mary Francis Maricle**

v.

**AXIS MEDICAL & FITNESS EQUIPMENT, LLC, et al.**

**NO. 2016-C-1016**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Rapides, 9th Judicial District Court Div. G, No. 247,765-G; to the Court of Appeal, Third Circuit, No. 15-1063

Denied.

2016-1022 (La. 9/16/16)

**Marie M. COBURN**

v.

**Janis DIXON, et al.**

**NO. 2016-C-1022**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Avoyelles, 12th Judicial District Court Div. A, No. 2014-0366-A; to the Court of Appeal, Third Circuit, No. 15-1095

Denied.